UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

ROBYN MALEY,                              :
        Plaintiff,              :
                                :   CIVIL ACTION NO. 3:15-CV-00379
        v.                       :
                                :   (Judge Kosik)
GREAT WOLF LODGE,                         :
        Defendant.              :
_____

## ORDER

AND NOW, THIS 4th DAY OF OCTOBER, 2016, IT IS HEREBY ORDERED THAT:

[1] Defendant's Motion to Dismiss (Doc. 7) is **DENIED**; and,

[2] Defendant is directed to file a response to Plaintiff's Amended Complaint (Doc. 5), within **TWENTY (20) DAYS** from the date of this Order.

                                            s/Edwin M. Kosik
                                            Edwin M. Kosik
                                            United States District Judge